NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LOUIS LOUISMEME,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-2545
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed May 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

PER CURIAM.

            Affirmed.

VILLANTI, SALARIO, and ATKINSON, JJ., Concur.